# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>CHANCE JUSTIN REDSTONE,<br><br>　　　　　　Defendant. | CR-20-39-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

　　　United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 3, 2024. (Doc. 59.)

　　　When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

　　　Judge Johnston conducted a revocation hearing on May 28, 2024 and August 27, 2024.  (Docs. 48 and 57.)  The United States accused Chance Redstone (Redstone) of violating his conditions of supervised release by: (1) failing to refrain from the unlawful use of a controlled substance, by admitting on March 19,

2024, to using methamphetamine once or twice a week over the last few months (Doc. 40) and (2) failing to refrain from the unlawful use of a controlled substance by admitting he had used methamphetamine and marijuana on August 3, 2024. (Doc. 53.)

At the May 28, 2024 revocation hearing Redstone admitted to having violated the conditions of his supervised release by: (1) failing to refrain from the unlawful use of a controlled substance, by admitting on March 19, 2024, to using methamphetamine once or twice a week over the last few months (Doc. 48); at the August 27, 2024 revocation hearing Redstone admitted to (2) failing to refrain from the unlawful use of a controlled substance by admitting he had used methamphetamine and marijuana on August 3, 2024. (Doc. 57.)

Judge Johnston found that the violations Redstone admitted prove serious and warrants revocation of his supervised release and recommends a sentence until 12:00 p.m. (noon) on November 5, 2024, with no period of supervised release to follow. (Doc. 59.)

The violations prove serious and warrants revocation of Redstone's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 59.) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Chance Justin Redstone be sentenced to a term of custody until 12:00 p.m. (noon) on November 5, 2024, with no period of supervised release to follow.

DATED this 18th day of September, 2024.

_____
Brian Morris, Chief District Judge
United States District Court